**In the Matter of John George TAKACS.**

**Petition for reinstatement.**

**No. 174 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 4, 2003.

*ORDER*

PER CURIAM.

AND NOW, this 4th day of June, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated April 4, 2003, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Mary McNeill ZELL, Respondent.**

**No. 795 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

June 4, 2003.

***ORDER***

PER CURIAM.

AND NOW, this 4th day of June, 2003, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 4, 2003, it is hereby

ORDERED that MARY McNEILL ZELL be and she is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day, retroactive to November 18, 2002, and she shall comply with all the provisions of Rule 217 Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.